RUSSEKS FIFTH AVENUE, INC., Respondent, v. ARCHIE F. KEATING, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LEON A. E. MOLLET, Respondent, v. RICHARD LONGO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

RALPH BERLA, Respondent, v. SAUL LOUIS et al., Defendants, and IRWILL KNITWEAR CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JOSEPHINE C. McGOEY, as Administratrix of the Estate of PETER J. McGOEY, Deceased, Appellant-Respondent, v. CITY OF NEW YORK, Respondent-Appellant. — Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PULLMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP MYER, Appellant.— Judgment unanimously modified by limiting the sentence to a fine of $4 and, as so modified, affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

EDGAR I. LEVY, Appellant, v. NATHAN WILLIS, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

SAMUEL KLEIN et al., Copartners Doing Business under the Name of COLLEGE JR. SPORTS, Respondents, v. RAILWAY EXPRESS AGENCY, INC., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee under an Indenture Made by WILLIAM W. ASTOR, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [888 Park Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

NATHAN UDELL, Doing Business under the Name of LIBERTY METAL PRODUCTS COMPANY, Respondent, v. MORTON ALBERT et al., Doing Business under the Name of AFFILIATED METAL PRODUCTS COMPANY, et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ALFRED ROBBINS ORGANIZATION, INC., Respondent, v. SHAW-BARTON, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1033.]

CONDUR AFFILIATES, INC., Respondent, v. RONNIE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1032.]

In the Matter of the Accounting of ABE NELSON, as Administrator of the Estate of HARRY NELSON, Deceased, Respondent. EDGAR GRAY, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.